CENTRAL PUBLISHING COMPANY, INC., Respondent, v. GAENELLE WITTMAN et al., Doing Business as TV SPOTLIGHT PUBLICATIONS, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow, and Rabin, JJ.

■

LUCILLE A. RICHARDS, Respondent, v. ALBERT A. RICHARDS, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. There has been no general appearance by the defendant. Nevertheless, in the interest of justice, the defendant may move to open his default with respect to the issue of plaintiff's alimony and counsel fee, provided his payments under the judgment are up to date and all costs imposed in the action have been similarly paid. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

BARTH SMELTING CORP., Respondent, v. MORRIS WEXLER, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

ANTHONY D. WAYNE, Appellant, v. LOUIS A. BENOIST et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See *post*, p. 964.]

■

PARK CHAMBERS HOTEL CORPORATION, Respondent, v. ALEXANDRA RESTAURANT, INC., Appellant, et al., Defendants.— Order unanimously modified so as to strike out the provision for bond, the judgment, however, to stand as security. We think the terms imposed are too stringent in the circumstances. Settle order on notice. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

CLAUDIE SMART, as Administratrix of the Estate of LOVETTE McCARTHY, Deceased, Respondent, v. GREAT SOUTHERN TRUCKING Co., Appellant.— Order unanimously reversed and the motion to dismiss granted, without costs. It sufficiently appears that defendant is not doing business within the State so as to be amenable to process. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.

■

PHILIP GODFREY, Respondent, v. KATHLEEN GOTTFRIED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ.